IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, )<br>  )<br>    Plaintiff, )<br>  )<br>    V. )<br>  )<br>Anthony Lamotte Thomas )<br>  )<br>    Defendant. ) | Docket No. 1:05CR00003-001 (KAJ) |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN 29 PM 2: 12

## ORDER

WHEREAS, the Court finds that a psychological evaluation is necessary to assist the Court in sentencing;

IT IS HEREBY ORDERED this 29th day of June, 2005 that:

The U.S. Probation Office shall make appropriate arrangements for evaluation of Anthony Lamotte Thomas, by a private psychologist, selected by the probation office, and that a copy of said evaluation shall be submitted to U.S. Probation Office when completed; the U.S. Probation Office will make copies available to the Court, counsel for the Government and counsel for the Defendant.

Dated: 6/29/05

_____
U.S. District Judge

cc: Clerk, U.S. District Court
    U.S. Probation Office
    April M. Byrd, AUSA
    Eleni Kousoulis, AFD