**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 Orange Street, Suite 7100
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

October 24, 2005

Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re: **United States v. Anthony Thomas**
         **Criminal Action No. 05-03-KAJ**

Dear Judge Jordan:

    The United States has received the report of Dr. Turner dated October 3, 2005. In the opinion of the United States, the report does not provide a basis for questioning any of the proceedings that have taken place so far in this case. Further, the report does not give the United States confidence that the Defendant would not be used by his "friends" in the future to purchase guns should he not be prohibited. Thus, while the United States does not believe that incarceration is warranted for the Defendant, the United States does believe that a felony conviction is in the public interest, since it should ensure that the Defendant does not purchase firearms in the future.

    Nevertheless, late on Friday, October 21, 2005, the United States Probation Officer assigned to the case, Walter Matthews, advised that he was going to write Dr. Turner and request his opinion on one or more issues that Dr. Turner did not address in his report. The United States now believes that it would be advisable to await any further information that Dr. Turner would provide before proceeding to sentencing.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

                        By: *[signature]*
                                Richard G. Andrews
                                First Assistant United States Attorney

pc: Eleni Kousoulis, Esquire
     Clerk, U.S. District Court