

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*
*1007 Orange Street, Suite 7100*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*
*FAX (302) 573-6220*

November 15, 2005

Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re: **United States v. Anthony Thomas**
          <u>**Criminal Action No.   05-03-KAJ**</u>

Dear Judge Jordan:

    The United States respectfully requests that the above-captioned matter be scheduled for sentencing.

                                Respectfully submitted,

                                COLM F. CONNOLLY
                                United States Attorney

                        By: /s/ Richard G. Andrews
                                Richard G. Andrews
                                First Assistant United States Attorney

pc:   Eleni Kousoulis, Esquire
       Clerk, U.S. District Court

RGA:slb