IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-03-KAJ |
| | ) |
| ANTHONY LAMOTTE THOMAS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 21st day of November, 2005, defendant having entered a plea of guilty to Count I of the information filed against him;

IT IS ORDERED that:

1. The sentencing of defendant is scheduled for December 6, 2005 at 3:00 p.m. in courtroom No. 6A, 6th floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report.

3. All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

4. Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

IT IS FURTHER ORDERED that the defendant Anthony LaMotte Thomas is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **2:30 p.m.** on December 6, 2005.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE